**Nathaniel SHERER, et al., Appellants,**

v.

**BANK OF AMERICA, N.A.,
et al., Respondents.**

No. WD 75428.

Missouri Court of Appeals,
Western District.

June 25, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
30, 2013.

Jamie B. Landers, Lee's Summit, MO,
for appellant.

Thomas E. Nanney, Kansas City, MO
and Eric B. Wetzel, Fairway, KS, for re-
spondent.

Before Division Three: JOSEPH M.
ELLIS, Presiding Judge, LISA WHITE
HARDWICK and CYNTHIA L.
MARTIN, Judges.

ORDER

PER CURIAM.

Nathaniel Sherer and Michelle Sherer
appeal the circuit court's dismissal of their
claims against Bank of America, N.A.,
BAC Home Loans Servicing, L.P., and
Kozeny & McCubbin, P.C., for wrongful
foreclosure, negligent and fraudulent mis-
representation, and violations of the Mis-
souri Merchandising Practices Act. Appel-
lants also contend the circuit court erred
in denying their motion for leave to file a
second amended petition. For reasons ex-
plained in a Memorandum provided to the
parties, we find no error and affirm the
judgment of dismissal.

AFFIRMED. Rule 84.16(b).